## CASE ANNOUNCEMENTS

### April 8, 2013

[Cite as *04/08/2013 Case Announcements*, 2013-Ohio-1367.]

## MOTION AND PROCEDURAL RULINGS

In re Howard.
On September 24, 2004, this court found Gregory T. Howard to be a vexatious litigator under S.Ct.Prac.R. 4.03. This court further ordered that Howard was prohibited from continuing or instituting legal proceedings in the court without obtaining leave. Howard has presented nine motions

for leave to reopen nine of his cases that were once pending before the court.

It is ordered by the court that the motions for leave to file motions to reopen his cases are denied.